# United States Court of Appeals for the Fifth Circuit

---

No. 23-20165

---

Bay Area Unitarian Universalist Church; Drink Houston Better, L.L.C., *doing business as* Antidote Coffee; Perk You Later, L.L.C.,

*Plaintiffs—Appellants*,

*versus*

Harris County District Attorney Kim Ogg; County Sheriff Ed Gonzalez; Webster Acting Chief Pete Bacon; Chief of Houston Police Department Troy Finner; City of Webster,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-3081

---

ORDER:

IT IS ORDERED that Appellants' unopposed motion to view and obtain sealed documents is granted.

/s/ Edith Brown Clement
Edith Brown Clement
*United States Circuit Judge*