# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 19, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-20165   Bay Area Unitarian v. Ogg
                  USDC No. 4:20-CV-3081

The court has considered the motion of Perk You Later, L.L.C., Bay Area Unitarian Universalist Church, Drink Houston Better, L.L.C. to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Perk You Later, L.L.C., Bay Area Unitarian Universalist Church, Drink Houston Better, L.L.C. may obtain all ex parte documents *filed on behalf of* Perk You Later, L.L.C., Bay Area Unitarian Universalist Church, Drink Houston Better, L.L.C., and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

Ms. Melissa Azadeh
Mr. Moustapha Gassama
Mr. Ryan Gerber
Mr. William S. Helfand
Mr. Donald B. Hightower
Mr. Charles Hamilton Houston III
Ms. Laura Keeley
Ms. Heena Kepadia
Ms. Alla Lefkowitz
Mr. Andrew Lieb Nellis
Mr. Nathan Ochsner
Mr. Justin Carl Pfeiffer
Ms. Charlotte Taylor
Mr. William Roquemore Taylor