No. 23-20165

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

BAY AREA UNITARIAN UNIVERSALIST CHURCH; DRINK HOUSTON BETTER, L.L.C., doing business as ANTIDOTE COFFEE; PERK YOU LATER, L.L.C.,
*Plaintiffs-Appellants*,

v.

HARRIS COUNTY DISTRICT ATTORNEY KIM OGG;
COUNTY SHERIFF ED GONZALEZ; WEBSTER ACTING CHIEF PETE BACON;
CHIEF OF HOUSTON POLICE DEPARTMENT TROY FINNER,
*Defendants-Appellees*.

On Appeal from the United States District Court
For the Southern District of Texas (Werlein, J.)

**PLAINTIFFS-APPELLANTS' RESPONSE AND CONSENT TO DEFENDANTS-APPELLEES' LEVEL 2 MOTIONS TO EXTEND THE TIME TO FILE APPELLEES' BRIEFS**

Alla Lefkowitz
Andrew Nellis
EVERYTOWN LAW
P.O. Box 14780
Washington, D.C. 20044
(202) 545-3257
alefkowitz@everytown.org

Ryan Gerber
Laura Keeley
EVERYTOWN LAW
450 Lexington Ave.
P.O. Box 4184
New York, NY 10017
(646) 324-8198
rgerber@everytown.org

Charlotte H. Taylor
　*Counsel of Record*
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
(202) 879-3872
ctaylor@jonesday.com

William R. Taylor
JONES DAY
717 Texas Street, Suite 3300
Houston, TX 77002
(832) 239-3860
wrtaylor@jonesday.com

*Counsel for Plaintiffs-Appellants*

On September 8 and 9, 2023, Defendants-Appellees Webster Acting Chief Pete Bacon, Harris County District Attorney Kim Ogg and County Sheriff Ed Gonzalez, and Chief of Houston Police Department Troy Finner (collectively, "Defendants") each moved for a 14-day level 2 extension of time to file their respective principal briefs, each currently due September 11, 2023. Defendants' counsel first contacted counsel for Plaintiffs-Appellants ("Plaintiffs") regarding these requests on the afternoon of September 8, and Plaintiffs' counsel was unable to respond before Defendants filed their requests.

Plaintiffs consent to the Defendants' requests for extension but note that the resulting default schedule would likely cause them hardship in preparing their reply brief. If Defendants' time to file their principal briefs is extended to September 25, 2023, Plaintiffs' reply brief would become due twenty-one days later, on October 16, 2023. *See* Fed. R. App. P. 31(a)(1). In the days leading up to October 16, however, Plaintiffs' lead counsel will be in the final stretch of preparation for a trial scheduled to begin on October 23, 2023, and the majority of Plaintiffs' remaining counsel have previously-scheduled commitments that would make it difficult to participate in the drafting of the brief in its final stages.

Defendants' counsel have thus consented to a reciprocal thirty-day extension of time for Plaintiffs to file their reply briefs, should one become necessary. In light

of that agreement, Plaintiffs do not oppose Defendants' requests currently pending before the Court.

| | |
|---|---|
| Dated: September 10, 2023 | Respectfully submitted, |
| | /s/ *Charlotte H. Taylor* |
| Alla Lefkowitz | Charlotte H. Taylor |
| Andrew Nellis | *Counsel of Record* |
| EVERYTOWN LAW | JONES DAY |
| P.O. Box 1478 | 51 Louisiana Ave., N.W. |
| Washington, D.C. 20044 | Washington, D.C. 20001 |
| (646) 324-8365 | (202) 879-3872 |
| alefkowitz@everytown.org | ctaylor@jonesday.com |
| | |
| Ryan Gerber | William R. Taylor |
| Laura Keeley | JONES DAY |
| EVERYTOWN LAW | 717 Texas, Suite 3300 |
| 450 Lexington Ave. | Houston, TX 77002 |
| P.O. Box 4148 | (832) 239-3939 |
| New York, NY 10017 | wrtaylor@jonesday.com |
| (646) 324-81998 | |
| rgerber@everytown.org | |

*Counsel for Plaintiffs-Appellants.*

## CERTIFICATE OF SERVICE

I certify that on September 10, 2023, I served a copy of the foregoing on all counsel of record by CM/ECF.

*/s/ Charlotte H. Taylor*
Charlotte H. Taylor
*Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume, typeface, and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)–(6) & (7)(B), and Fifth Circuit Rule 32.1 & 32.2. The brief contains 238 words and was prepared using Microsoft Word and produced in Times New Roman 14-point font.

*/s/ Charlotte H. Taylor*
Charlotte H. Taylor
*Counsel for Plaintiffs-Appellants*