# No. 23–20165

## In the United States Court of Appeals for the Fifth Circuit

BAY AREA UNITARIAN UNIVERSALIST CHURCH; DRINK HOUSTON BETTER, L.L.C., doing business as Antidote Coffee; PERK YOU LATER, L.L.C.,

*Plaintiffs-Appellants*

v.

HARRIS COUNTY DISTRICT ATTORNEY KIM OGG; COUNTY SHERIFF ED GONZALEZ; WEBSTER ACTING CHIEF PETE BACON; CHIEF OF HOUSTON POLICE DEPARTMENT TROY FINNER,

*Defendants-Appellees.*

On Appeal from the United States District Court for the Southern District of Texas Houston Division
(Case Nos. 4:20-cv-3081)
The Honorable Ewing Werlein, Jr., Presiding.

**APPELLEE, WEBSTER CHIEF OF POLICE PETE BACON'S MOTION FOR EXTENSION OF TIME IN WHICH TO MOVE FOR EN BANC RECONSIDERATION**

William S. Helfand
Sean M. Higgins
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Bill.Helfand@lewisbrisbois.com
Sean.Higgins@lewisbrisbois.com
[Tel.] (713) 659-6767
[Fax] (713) 759-6830

ATTORNEYS FOR APPELLEE WEBSTER POLICE CHIEF PETE BACON

Appellee Webster Police Chief Pete Bacon moves for a thirty-day extension of the deadline by which to file his motion for *en banc* reconsideration.

**CERTIFICATE OF CONFERENCE**

1. On April 16, 2025, my law partner sent an e-mail to counsel for the other parties in this appeal inquiring whether Appellants are opposed or unopposed to this request. Appellants' counsel responded that "Appellants take no position." on this request. Counsel for Houston Police Chief Troy Finner responded he is unopposed. Counsel for the Harris County parties have not responded.

**MOTION**

2. Appellee's motion for *en banc* reconsideration is presently due on or before April 24, 2025. Appellee requests the Court to grant it an extension of thirty days, to and including May 26, 2025,[1] in which to file his motion for *en banc* reconsideration.

3. This extension is not sought solely for the purpose of delay but in the interest of justice. Counsel has been unable to complete and

---

[1] Day 30, May 24, 2025, is a Saturday.

finalize the brief and requires additional time to do so because of other professional obligations, including:

Preparing Appellant's brief in *Noel T. Dean v. Darshan R. Phatak,* No. 24-20503, in the United States Court of Appeals for the Fifth Circuit, due April 14, 2025, following a second thirty-day extension.

Preparing Appellee's brief in *Lewis Brisbois Bisgaard & Smith, LLP v,. Michael Joseph Bitgood, et. al.,* No.. 240-20458, in the United States Court of Appeals for the Fifth Circuit, due April 28, 2025, following a first extension of 30 days.

Preparing Appellees' brief in *Anthony Tyler Servello v. VillaSport LLC* and *VillaSport KT LLC,* No. 14-24-00776-CV, in the Fourteenth Court of Appeals at Houston, Texas, due and filed April 14, 2025 following a fourth extension.

Preparing Appellant's brief in *City of Pasadena v. Carousel Village Condos Inc.,* No. 01-24-01032-CV, in the First Court of Appeals at Houston, Texas, due and filed April 18, 2025, following a following a third extension granted with the proviso that no further extensions will be granted.

Preparing Appellee's brief in *Antel Clark v. City of Pasadena*, No. 24-20447, in the United States Cout of Appeals for the Fifth Circuit, due and filed April 9, 2025, following an extension.

Preparing for deposition in *O.P.E.N. America Inc d/b/a Open Works v AGR, LLC*, in the 38th Civil District Court of Dallas County, Texas, taken on April, 18, 2025.

Preparing for and participating in mediation in *Bentwater Property Owners Association, Inc. v Premium Title Services, Inc. et al*, Cause No. 22-04-04942, in the 284th District Court of Montgomery County, Texas held on April 21, 2025.

Preparing for trial in Case No. 3:15-cv-00105, *Ronald Lee Converse v City of Kemah, Texas*, in the United States District Court Southern District of Texas scheduled to begin on April 21, 2025. Case was settled at 4:30 p.m. on Friday, April 18, 2025.

Appellee Webster Police Chief Pete Bacon respectfully requests the Court grant an extension of thirty days or until May 26, 2025, in which to file his motion for *En Banc* Reconsideration.

| | |
|---|---|
| DATED: APRIL 22, 2025 | Respectfully submitted, |
| | Lewis Brisbois Bisgaard & Smith, LLP |

*/s/ William S. Helfand*
William S. Helfand
Sean M. Higgins
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Bill.Helfand@lewisbrisbois.com
Sean.Higgins@lewisbrisbois.com
[Tel.] (713) 659-6767
[Fax] (713) 759-6830

ATTORNEYS FOR APPELLEE WEBSTER POLICE CHIEF PETE BACON

## CERTIFICATE OF SERVICE

In compliance with Federal Rule of Appellate Procedure 25(d)(3) and Fifth Circuit Rule 25.2.5, I hereby certify that on April 22, 2025, I electronically filed and served the foregoing document to all counsel of record through the Court's CM/ECF system.

DATED:    APRIL 22, 2025               */s/ William S. Helfand*
                                                        WILLIAM S. HELFAND