# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 20, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-20165   Bay Area Unitarian v. Ogg
                 USDC No. 4:20-CV-3081

The Letter filed June 13, 2025, by Appellees Mr. Ed Gonzalez and Ms. Kim Ogg, to join, adopt, and incorporate by reference the petitions for rehearing en banc, is stricken by direction of the Court.

           Sincerely,

           LYLE W. CAYCE, Clerk

           */s/ Dantrell Johnson*

           By: _____
           Dantrell L. Johnson, Deputy Clerk
           504-310-7689

Ms. Melissa Azadeh
Mr. Moustapha Gassama
Mr. William S. Helfand
Mr. Sean M. Higgins
Mr. Donald B. Hightower
Ms. Laura Keeley
Ms. Alla Lefkowitz
Mr. Andrew Lieb Nellis
Mr. Justin Carl Pfeiffer
Ms. Lesley Roe
Ms. Charlotte Taylor
Mr. William Roquemore Taylor