# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 29, 2025

Mr. Moustapha Gassama
Harris County Attorney's Office
1019 Congress Street
15th Floor
Houston, TX 77002

Mr. William S. Helfand
Lewis, Brisbois, Bisgaard & Smith, L.L.P.
24 Greenway Plaza
Weslayan Tower
Suite 1400
Houston, TX 77046

Mr. Donald B. Hightower
City of Houston
Legal Department
900 Bagby Street
Houston, TX 77002

Ms. Charlotte Taylor
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

No. 23-20165     Bay Area Unitarian v. Ogg
                 USDC No. 4:20-CV-3081

Dear Counsel,
Enclosed is the court's order filed this date directing this case be reheard en banc with oral argument. Under Fifth Circuit Local Rule 41.3 this order vacates the previous opinion and judgment of this court and stays the mandate.

Appellants will have until **October 29, 2025**, to file an en banc brief and the Appellees' en banc brief is due on **November 28, 2025**.

You will be requested to furnish 22 paper copies of your en banc brief after the electronic filing is reviewed and processed. The color of the cover on your en banc brief will be the same as the color of the cover on your merits brief (blue for the appellant and red for the appellee). The case will be heard sometime during the week of **January 2026**. Counsel for the parties will receive adequate notice as to the exact date and time for the presentation of the oral argument.

We request that the parties forward **22 copies** of their previously filed merits briefs, reply briefs, supplemental briefs, and record excerpts, for the use of the en banc court. As you did previously, we request that all copies be spirally bound. These additional copies are due in the Clerk's Office by **October 14, 2025**. Please contact me if you have any questions.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Angelique B. Tardie, Deputy Clerk
504-310-7715

cc:
  Ms. Melissa Azadeh
  Mr. Sean M. Higgins
  Mr. Charles Hamilton Houston III
  Ms. Laura Keeley
  Ms. Alla Lefkowitz
  Mr. Andrew Lieb Nellis
  Mr. Justin Carl Pfeiffer
  Ms. Lesley Roe
  Mr. William Roquemore Taylor