# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, DC 20001.2113

TELEPHONE: +1.202.879.3939 • JONESDAY.COM

Direct Number: 202.879.3872
ctaylor@jonesday.com

November 6, 2025

VIA CM/ECF

Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

Re: *BAUUC v. Ogg*, Case No. 23-20165

Dear Mr. Cayce,

Plaintiffs-Appellants Bay Area Unitarian Universalist Church, Drink Houston Better, LLC d/b/a Antidote Coffee, and Perk You Later, LLC, respectfully write to update the Court concerning Plaintiffs' en banc brief. Because Plaintiffs' en banc brief included discovery material that had been designated as "confidential" by one Defendant and sealed by the district court, Plaintiffs sought leave to file the en banc brief under seal and offered to publicly file a redacted version of the brief at the Court's or Clerk's request. Dkt. 202. The Court denied the motion without prejudice. Dkt. 209.

On Tuesday, November 4, 2025, all Defendants indicated their consent to Plaintiffs' publicly filing their unredacted en banc brief. Accordingly, Plaintiffs will shortly file the same en banc brief that Plaintiffs (i) filed on Wednesday, October 29, 2025 (Dkt. 202) and (ii) served on all counsel of record via email on the same date. In light of Defendants' consent, no further relief is requested.

Sincerely yours,

*/s/ Charlotte H. Taylor*
Charlotte H. Taylor