

Sean M. Higgins
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Sean.Higgins@lewisbrisbois.com
Direct: 832.460.4630

June 29, 2026


**VIA CM ECF**

Lyle W. Cayce, Clerk
United States Court of Appeals for the
Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

> Re: *Bay Area Unitarian Universalist Church v. Ogg,* No. 23-10165

Dear Mr. Cayce:

Under Rule 28(j) of the Federal Rules of Appellate Procedure, Appellees Webster Acting Chief Pete Bacon and Chief of Houston Police Department J. Noe Diaz submit the following response to Appellants' letter concerning the United States Supreme Court's recent opinion in *Wolford v. Lopez,* No. 24-1046. *Wolford* does not support the proposition that Appellants, as property owners, have standing to challenge a criminal trespass statute that does not impose requirements or penalties on Appellants.

In *Wolford,* the holders of concealed carry permits challenged a Hawaii statute that forbade them from carrying firearms onto private property without the property owner's express permission. *Wolford,* slip op. at 1. The plaintiff permit holders asserted the statute violated their rights under the Second and Fourteenth Amendments of the United States Constitution. *Id.* at 12. The Court agreed and held the Hawaii statute "violates the right to keep and bear arms." *Id.* at 24.

The opinion does not even suggest property owners have standing to challenge state criminal trespass statutes. Far from it, the Court rejected the dissent's assertion that the case concerned property rights. *Wolford, slip op.* at 18 n. 13. The Hawaii statute fell because "States may not adopt property law rules that violate constitutional rights," in this case the right to bear arms. *Id.*

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA

MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA

OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

178982017.2

*Wolford* does not support Appellants argument for standing. The Court should affirm the district court's judgment.

Respectfully submitted,


*/s/ Sean M. Higgins*
William S. Helfand
Sean M. Higgins of
Lewis Brisbois Bisgaard & Smith, LLP
**Attorneys for Defendant-Appellee**
**Webster Acting Police Chief Pete**
**Bacon**

Respectfully submitted,

*/s/ Donald J. Hightower*
Donald J. Hightower
City of Houston Legal Department
**Attorney for Defendant-Appellee**
**Chief of Houston Police Department**
**J. Noe Diaz**


SMH

## CERTIFICATE OF SERVICE

In compliance with Federal Rule of Appellate Procedure 25(d)(3) and Fifth Circuit

Rule 25.2.5, I hereby certify that on June 29, 2026, I electronically filed and served the

foregoing document to all counsel of record through the Court's CM/ECF system.

*/s/ Sean M. Higgins*
Sean M. Higgins